# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ACHIA HARRIS,

    Plaintiff,

v.

ASCENSION MEDICAL GROUP MICHIGAN,

    Defendant.

CASE NO. 21-cv-12511

HON. GEORGE CARAM STEEH

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

---

| BATEY LAW FIRM, PLLC | JACKSON LEWIS P.C. |
|---|---|
| Scott P. Batey (P54711) | Michelle J. LeBeau (P51440) |
| Attorneys for Plaintiff | Elyse K. Culberson (P82132) |
| 30200 Telegraph Road, Ste. 400 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 2000 Town Center, Ste. 1650 |
| (248) 540-6800 | Southfield, MI 48075 |
| sbatey@bateylaw.com | (248) 936-1900 |
| | michelle.lebeau@jacksonlewis.com |
| | elyse.culberson@jacksonlewis.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear her or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

                                                  s/George Caram Steeh
                                                  HON. GEORGE CARAM STEEH

Dated: April 11, 2023

STIPULATED AND AGREED TO BY:

| BATEY LAW FIRM, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Scott P. Batey (with permission)<br>Scott P. Batey (P54711)<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800<br>sbatey@bateylaw.com<br>Attorney for Plaintiff | /s/ Michelle J. LeBeau<br>Michelle J. LeBeau (P51440)<br>Elyse K. Culberson (P82132)<br>Attorneys for Defendant<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>michelle.lebeau@jacksonlewis.com<br>elyse.culberson@jacksonlewis.com |

Dated: March 31, 2023